O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GUERRA,<br><br>               Plaintiff,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>               Defendant. | Case No. CV 14-01516 DDP (MANx)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>[DKT No. 1] |

    Plaintiff Kimberly Guerra is ordered to show cause why this action should not dismissed for lack of federal subject matter jurisdiction.

    District courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Alternatively, district courts may exercise diversity jurisdiction when there is complete diversity between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. Complete diversity means that each of the plaintiffs must be a citizen of a different state than each of the defendants. <u>Catepillar Inc. v. Lewis</u>, 519 U.S. 61, 68 (1996).

"A corporation shall be deemed to be a citizen of any State by which it has been incorporated and the State where it has its principal place of business." 28 U.S.C. 1332(c)(1). A corporation's principal place of business is its "nerve center," that is the place where a corporation's officers direct, control, and coordinate the corporation's activities. <u>Hertz Corp. v. Friend</u>, 559 U.S. 77, 92-93 (2010).

Here, the Complaint simply states that the Plaintiff is a citizen of the United States, but does not indicate Plaintiff's state of citizenship. Nor does the Complaint indicate Defendant's principal place of business.

Accordingly, Plaintiff is ordered to file a brief, not to exceed five pages, within 10 days of the date of this order, showing why this action should not be dismissed for lack of federal subject matter jurisdiction. Plaintiff should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles. The court will regard any failure to file an explanatory brief as consent to dismiss this matter.

IT IS SO ORDERED.

Dated: March 13, 2014

DEAN D. PREGERSON
United States District Judge

2